H. F. RICE v. J. F. RASBURY & CO.

APPEAL—CERTIORARI.—An appeal does not lie from the District Court in a case removed by *certiorari* from a justice's court.

APPEAL from Smith. Tried below before the Hon. Z. Norton.

Submitted on motion to dismiss for want of jurisdiction.

*Steven Reaves*, for motion.

GOULD, ASSOCIATE JUSTICE.—This cause was removed from a justice's court by *certiorari* to the District Court, from which it has been brought to this court by appeal.

In accordance with the provisions of the statute and former decisions the motion to dismiss for want of jurisdiction is sustained. (Pas. Dig., arts. 6349–6353; Nich-

ols v. Page, 34 Tex., 333; Peterson v. Johnson, 37 Tex., 436; Robertson & Beck v. Lackey, 36 Tex., 154.)

DISMISSED.

Justice MOORE, dissenting.

[Chief Justice ROBERTS did not sit in this case.]